United States District Court
Southern District of Texas
**ENTERED**
December 28, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TIFFANY DAVIS, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:23-cv-01542 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| COMPUTERSHARE | § | |
| LOAN SERVICES, | § | |
| Defendant. | § | |

**ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION**

Plaintiff Tiffany Davis, proceeding *pro se*, sued Defendant ComputerShare Loan Services, asserting claims of employment discrimination. Dkt 1.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan, recommending that (i) claims under the Americans with Disabilities Act be dismissed with prejudice as time-barred, (ii) claims under the Texas Commission on Human Rights Act be dismissed with prejudice for failure to timely exhaust administrative remedies, and (iii) the state law claims for slander and libel be dismissed with prejudice for failure to state a claim. Dkt 14.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 14.

The motion to dismiss by Defendant ComputerShare Loan Services is GRANTED.

This case is DISMISSED WITH PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on December 27, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge